UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | No. 3:13-MJ-111 |
| v. : | **ORDER ON MOTION TO UNSEAL COMPLAINT, SUPPORTING AFFIDAVIT, AND ARREST WARRANT** |
| **RONALD BENNETT** : | |

Upon Motion of the United States and for good cause shown,

IT IS ORDERED that the United States' Motion to Unseal is hereby GRANTED. The Complaint, supporting affidavit, and Arrest Warrant, previously filed under seal in this matter, shall now be unsealed.

Date: April 4th, 2013

Hon. Sharon L. Ovington
United States Magistrate Judge